VIRTUESQ LLC

CHRISTIAN L. KAMAU    10996-0
PO BOX 17098
Honolulu, Hawaii 96817
Phone: (808) 271-4537
Email: christian@virtuesq.com

Attorney for Plaintiff
STRIKE 3 HOLDINGS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| Strike 3 Holdings LLC, | ) | CIVIL NO. 1:22-cv-00330-RT |
|     Plaintiff, | ) | |
| vs. | ) | **PLAINTIFF'S APPLICATION FOR THE CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE** |
| John Doe Subscriber assigned IP address 66.91.177.138, | ) | |
|     Defendant. | ) | |

Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), makes this application for entry of an order continuing the Initial Rule 16 Scheduling Conference currently scheduled for November 2, 2022 at 9:00 a.m., and states:

1.    This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their Internet service provider ("ISP").

1

2.      On September 30, 2022, Plaintiff was granted leave to serve a third-party subpoena on Defendant's ISP to obtain the Defendant's identifying information. [CM/ECF 11]. Plaintiff issued the subpoena on or about October 11, 2022 and, in accordance with the time allowances provided to both the Defendant and the ISP, expects to receive the ISP response on or about December 13, 2022.

3.      Pursuant to the Court's Order Setting Telephonic Rule 16 Scheduling Conference entered August 17, 2022, the Rule 16 Scheduling Conference is currently scheduled for November 2, 2022 at 9:00 a.m. [CM/ECF 9]. Prior to the Scheduling Conference, the parties are required to confer and submit to the Court a proposed Scheduling Conference Statement. Because Defendant has not yet been identified, Plaintiff is unable to anticipate the specific information required in the proposed Scheduling Conference Statement, including issues such as timing, electronic discovery, or even whether Plaintiff will ultimately proceed against Defendant.

4.      Because Plaintiff does not expect to receive the ISP response until December 13, 2022, and Defendant's identity is currently unknown to Plaintiff, Plaintiff is unable to comply with the current deadline to confer and submit to the Court a proposed Scheduling Conference Statement.

5.      Upon receipt of the ISP response, Plaintiff will conduct a further investigation to assist in determining whether the individual identified by the ISP is

the appropriate defendant for this action prior to attempting to effect service of process on that individual.

6. For the foregoing reasons, Plaintiff respectfully requests that the Scheduling Conference currently scheduled for November 2, 2022 be continued to at least January 27, 2023 (45 days after Plaintiff expects to learn the Defendant's identity), or a date thereafter convenient to the Court's calendar.  This continuance should allow Plaintiff time to receive the ISP response, conduct a further investigation, and, if a good faith basis continues to exist, to proceed against that individual (or someone else), to amend the Complaint, file a redacted version of the amended complaint, file a motion to be allowed to file unredacted versions of the amended complaint, summons and return of service under seal to protect defendant's potential privacy interests, and place the summons and Amended Complaint with the process server to attempt service of process upon the Defendant.

7. This application is made in good faith and not for the purpose of undue delay.

8. This is Plaintiff's first request for a continuance of the Scheduling Conference.  None of the parties will be prejudiced by the granting of this request.

WHEREFORE, Plaintiff respectfully requests that Scheduling Conference currently scheduled for November 2, 2022 be continued to January 27, 2023, or a date soon thereafter convenient to the Court's calendar.

DATED: Honolulu, Hawaii, October 31, 2022.

/s/ Christian L. Kamau
CHRISTIAN L. KAMAU
Attorney for Plaintiff
STRIKE 3 HOLDINGS, LLC